WILLIAM J. DOBBINS

*v.*

SARAH J. CRUGER *et al.*

*Filed at Ottawa March 28, 1883.*

APPEAL—*directly from trial court—creditor's bill.* A decree in the circuit court dismissing a creditor's bill, the purpose of which was to subject certain premises to the payment of a judgment, can not be brought directly from that court to the Supreme Court for review.

WRIT OF ERROR to the Circuit Court of Peoria county; the Hon. N. M. LAWS, Judge, presiding.

Messrs. HOPKINS & HAMMOND, for the plaintiff in error.

Messrs. PUTERBAUGH & PUTERBAUGH, for the defendants in error.

Per CURIAM: This is a creditor's bill, in the usual form, and was to subject certain premises to the payment of a judgment represented by complainant. On the hearing in the circuit court the bill was dismissed for want of equity, and complainant brings the case directly to this court on error. The case is precisely within the rule declared in *Sawyer* v. *Moyer*, 105 Ill. 192, and the writ of error must be dismissed, which is done.

*Writ of error dismissed.*